| AO 10 Rev. 1/2019 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2018 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Shannon, Brendan L. | 2. Court or Organization U.S. Bankruptcy Court for the District of Delaware | 3. Date of Report 03/31/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. Bankruptcy Judge | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2018 to 12/31/2018 |

7. Chambers or Office Address

U.S. Bankruptcy Court for the District of Delaware
824 Market Street
Wilmington, DE 19801

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Adjunct Professor | St. John's University School of Law |
| 2. | Member | National Bankruptcy Conference |
| 3. | Editor | Collier on Bankruptcy |
| 4. | Editor | ABI Law Review |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | 2018 | St. John's University School of Law, for teaching graduate classes at law school as adjunct professor | $7,750.00 |
| 2. | 2018 | Rental income from mixed use property | $7,400.00 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | St. John's University School of Law | 01/25/2018-01/27/2018 | New York, NY | Educational activities | food, transportation, lodging |
| 2. | Committee on Administration of the Bankruptcy System | 03/20/2018-03/22/2018 | Chicago, IL | Judicial conference meeting | food, transportation, lodging |
| 3. | University of Chicago | 04/19/2018-04/20/2018 | Chicago, IL | Educational activities | food, transportation, lodging |
| 4. | Committee on Administration of the Bankruptcy System | 06/12/2018-06/15/2018 | San Diego, CA | Judicial conference meeting | food, transportation, lodging |
| 5. | St. John's University School of Law | 11/01/2018-11/03/2018 | New York, NY | Educational activities | food, transportation, lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Shannon, Brendan L. | 03/31/2019 |

| 6. | Committee on Administration of the Bankruptcy System | 12/11/2018-12/14/2018 | Washington, D.C. | Judicial conference meeting | food, transportation, lodging |
|---|---|---|---|---|---|
| 7. | | | | | |
| 8. | | | | | |
| 9. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shannon, Brendan L. | 03/31/2019 |

| Name of Person Reporting | Date of Report |
|---|---|
| Shannon, Brendan L. | 03/31/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shannon, Brendan L. | 03/31/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   M & T Bank | A | Interest | J | T | | | | | |
| 2.   Vanguard Prime Money Market Investor CL (VMMXX) | A | Int./Div. | M | T | | | | | |
| 3.   Vanguard Intermediate Term Tax Exempt, Admiral CL (VWIUX) | D | Int./Div. | N | T | | | | | |
| 4.   Vanguard Health Care Admiral CL (VGHAX) | | None | M | T | | | | | |
| 5.   Vanguard Total International Stock Index Fund, Admiral CL (VTIAX) | | None | M | T | | | | | |
| 6.   Vanguard Total Stock Market Index Fund, Admiral CL (VTSAX) | | None | O | T | | | | | |
| 7. | | | | | Sold (part) | 06/27/18 | K | | |
| 8. | | | | | Sold (part) | 11/30/18 | L | | |
| 9.   Vanguard Prime Money Market Fund, IRA (VMMXX) | B | Int./Div. | J | T | | | | | |
| 10. | | | | | Sold (part) | 11/30/18 | K | | |
| 11. | | | | | Sold (part) | 11/30/18 | K | | |
| 12. | | | | | Sold | 11/30/18 | K | A | |
| 13.  Vanguard Diversitfied Equity Inv Fund, IRA (VDEQX) | E | Int./Div. | N | T | | | | | |
| 14. | | | | | Buy (add'l) | 11/30/18 | K | | |
| 15.  Vanguard Total International Stock Index Admiral Fund, IRA (VTIAX) | D | Int./Div. | L | T | | | | | |
| 16. | | | | | Buy (add'l) | 11/30/18 | K | | |
| 17.  Vanguard Total Bond Market Index Admiral Fund, IRA (VBTLX) | E | Int./Div. | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shannon, Brendan L. | 03/31/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 11/30/18 | K | | |
| 19. Fidelity Contrafund (FCNTX) | | None | L | T | | | | | |
| 20. Fidelity Low Priced Stock Fund (FLPSX) | D | Int./Div. | M | T | | | | | |
| 21. Fidelity Low Priced Stock Fund, IRA (FLPSX) | | None | K | T | | | | | |
| 22. Fideltiy 529 Education Account 2019 Fidelity Funds (age based) | | None | J | T | | | | | |
| 23. | | | | | Sold (part) | 01/02/18 | K | | |
| 24. | | | | | Sold (part) | 07/31/18 | K | | |
| 25. Fidelity 529 Education Account 2018 Fidelity Funds (age based) | | None | L | T | | | | | |
| 26. | | | | | Sold (part) | 01/02/18 | J | | |
| 27. | | | | | Sold (part) | 08/27/18 | J | | |
| 28. Fidelity 529 Education Account 2021 Fidelity Funds (age based) | | None | L | T | | | | | |
| 29. | | | | | Sold (part) | 07/19/18 | J | | |
| 30. | | | | | | | | | |
| 31. Rental and vacation property in Monroe County, PA | D | Rent | N | W | | | | | |
| 32. Vanguard Prime Money Market Investor CL (VMMXX) | | None | K | T | | | | | |
| 33. | | | | | Sold (part) | 02/22/18 | J | | |
| 34. | | | | | Sold (part) | 03/20/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shannon, Brendan L. | 03/31/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 11/30/18 | K | | |
| 36. | | | | | Sold (part) | 12/03/18 | J | | |
| 37. Vanguard Total International Bond Index Fund Admiral Sh (VTABX), IRA | D | Int./Div. | M | T | | | | | |
| 38. | | | | | Buy (add'l) | 12/03/18 | J | | |
| 39. Vanguard Diversified Equity Investor CL, IRA (Traditional) | | None | | | Sold | 01/26/18 | L | | |
| 40. Vanguard Diversified Equity Investor CL, IRA (Rollover) | | None | N | T | | | | | |
| 41. | | | | | Sold | 01/26/18 | M | A | |
| 42. Vanguard Total International Stock Index Fund, Admiral Cl, IRA (VTIAX) | D | Int./Div. | L | T | | | | | |
| 43. | D | Int./Div. | | | Buy (add'l) | 11/30/18 | K | | |
| 44. Vanguard Total Bond Market Index, Admiral Cl, IRA (VBTLX) | E | Int./Div. | M | T | | | | | |
| 45. | E | Int./Div. | | | Buy (add'l) | 11/30/18 | K | | |
| 46. Vanguard Total International Bond Index Admiral Class, IRA (VTABX) | C | Int./Div. | M | T | | | | | |
| 47. | | | | | Buy (add'l) | 12/03/18 | J | | |
| 48. | D | Int./Div. | | | Buy (add'l) | 12/27/18 | J | | |
| 49. Fidelity Contrafund IRA (FLPSX) | | None | K | T | | | | | |
| 50. CREF Equity Index R1 (CREF M14642J-5) | | None | J | T | | | | | |
| 51. | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shannon, Brendan L. | 03/31/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | | | | | |
| 53. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shannon, Brendan L. | 03/31/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Name of Person Reporting

Shannon, Brendan L.

Date of Report

03/31/2019

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Brendan L. Shannon**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544